IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PIERRE WATSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:19-cv-01545-AGF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court upon review of Petitioner's motion (ECF No. 61) for disclosure of grand jury transcripts, which was initially filed pro se but was thereafter supplemented by Petitioner's appointed counsel. In support of his motion, Petitioner argued that there was a particularized need for disclosure in order to support his § 2255 claims of ineffective assistance of counsel and prosecutorial misconduct based on *Brady* violations, *Brady v. Maryland*, 373 U.S. 83 (1963). Specifically, Petitioner argued that inconsistencies between the original indictment and the three subsequent superseding indictments in his criminal case raised questions as to whether the grand jury transcripts would reveal exculpatory evidence that was not turned over to Petitioner. Alternatively, Petitioner requested that the Court review the transcripts *in camera*.

The government opposed Petitioner's request for disclosure but agreed that Petitioner's alternative request for an *in camera* review was appropriate. The government also filed its own ex parte motion for an *in camera* review and attached the transcripts at issue (ECF No. 67).

For the reasons set forth in its Memorandum and Order dated April 30, 2020 (ECF No. 68), the Court held that, although it was not convinced that Petitioner's speculative assertions warranted disclosure of the grand jury transcripts, it would grant the parties' requests for an *in camera* review of the transcripts.

The Court has now reviewed the grand jury transcripts submitted by the government in connection with its ex parte motion (ECF No. 67), and the Court finds that the transcripts do not support Petitioner's § 2255 allegations.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's motion to disclose grand jury transcripts is **DENIED**.  ECF No. 61.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 8th day of July, 2020.